JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar Number 7709
PENELOPE J. BRADY
Assistant United States Attorney
400 South Virginia Street, Suite 900
Reno, Nevada 89501
(775) 784-5438
Penelope.Brady@usdoj.gov

*Representing the United States of America*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>        v.<br><br>ERMON JAYSON SMARTT, JR.<br><br><br>                  Defendant. | Case No. 3:24-cr-00004-MMD-CSD<br><br>**STIPULATION TO EXTEND TIME TO FILE EXPERT NOTICES**<br><br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED by and through Jason M.

Frierson, United States Attorney for the District of Nevada, Penelope J. Brady, Assistant

United States Attorney, counsel for the United States of America, and Leah Wigren,

counsel for Defendant Ermon Jayson Smartt, Jr., to extend the time in which the

Government's Expert Notice was due on February 9, 2024, to March 12, 2024.

Defendant's Expert Notice would be due on March 26, 2024. Rebuttal expert disclosures

would be due April 2, 2024. This is the first request for an extension. Trial is currently set

for April 9, 2024.  The Court's pretrial order, dated February 13, 2024, noted that expert

disclosures were due 60 days in advance of trial, which would have been February 9, 2024,

three days after defendant's initial appearance and before the order was issued.  *See* ECF

No. 12.  Counsel are respectfully requesting additional time to file its disclosures due to the

nascency of the case.  The additional time requested for the filing of expert notices is

requested mindful of the current trial date of April 9, 2024, the exercise of due diligence, in

the interests of justice, and not for any purpose of delay.

DATED: February 14, 2024

*/s/ Penelope J. Brady*          */s/ Leah Wigren*
PENELOPE J. BRADY          LEAH WIGREN
Assistant United States Attorney      Counsel for Ermon Jayson Smartt, Jr.


        IT IS SO ORDERED.


        DATED: This _14th_  day of February, 2024.

        _____
        HON. MIRANDA M. DU
        CHIEF UNITED STATES DISTRICT JUDGE