____FILED       ____RECEIVED
____ENTERED     ____SERVED ON
              COUNSEL/PARTIES OF RECORD

APR 17, 2024

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ERMON JAYSON SMARTT, JR.,<br><br>　　　　Defendant. | Case No.: 3:24-CR-00004-MMD-CSD<br><br><br>**ORDER APPOINTING COUNSEL** |

　　　IT IS HEREBY ORDERED that CHERYL FIELD-LANG**,** Esq. is APPOINTED as substitute counsel for ERMON JAYSON SMARTT, JR. in place of Leah Wigren for all future proceedings.

　　　IT IS FURTHER ORDERED that an attorney appointed under the Criminal Justice Act will be required to apply under Fed. R. Crim. P. 17(b) for the issuance of subpoenas, whether for service within or outside of the District of Nevada. The cost of process, fees and expenses of witnesses so subpoenaed shall be paid as witness(es) subpoenaed on behalf of the Government. The Court is satisfied the individual is unable to pay fees and expenses of subpoenaed witness(es) and the United States Marshal shall provide such witness(es) subpoenaed advance funds for the purpose of travel within the District of Nevada and subsistence.  Any subpoenas served on behalf of the individual, the return thereon to this Court shall be sealed, unless otherwise ordered.

　　　DATED this 17th day of April 2024.
　　　*Nunc Pro Tunc:* April 12, 2024

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　CRAIG S. DENNEY
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE